# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| TRUSTEE MARK GREENBERGER, | ) | CASE NO. 1:18--CV-00470-SJD-KLL |
| Plaintiff, | ) | |
| vs. | ) | **JOINT MOTION FOR EXTENSION TO FILE DISPOSITIVE MOTIONS** |
| USAA SAVINGS BANK, | ) | |
| Defendant. | ) | |

Due to the mediation scheduled August 20, 2019, Plaintiff Trustee Mark Greenberger and Defendant USAA Savings Bank jointly and respectfully request this Court extend the time to file dispositive motions until after the mediation date. The parties request a fourteen (14) day extension from August 15, 2019 to August 29, 2019 to file any dispositive motions. The parties seek this extension for good cause and not for the purpose of delay, and believe that briefly extending the deadline to file dispositive motions will help facilitate mediation and potential resolution in the interim. The extension will not affect the other case management deadlines.

For these reasons, the parties submit that this Motion should be granted permitting the parties a fourteen (14) day extension of time, from August 15, 2019 to August 29, 2019, to file dispositive motions.

Respectfully submitted,

 s/ David M. Krueger
DAVID M. KRUEGER (0085072)
NORA K. COOK (0086399)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:   (216) 363-4500
Facsimile:   (216) 363-4588
dkrueger@beneschlaw.com
ncook@beneschlaw.com
*Attorneys for Defendant USAA Savings Bank*

        *s/Carlos C. Alsina-Batista*
        CARLOS C. ALSINA-BATISTA
        THE LAW OFFICE OF JEFFREY LOHMAN, P.C.
        4700 Green River Rd., Ste. 310
        Corona, CA 92880
        Telephone:  (657) 363-3331
        Facsimile:  (657) 246-1311
        CarlosA@jlohman.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        *s/David M. Krueger*
        One of Defendant's attorneys