# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

| | |
|---|---|
| TRUSTEE MARK GREENBERGER, | ) CASE NO. 1:18--CV-00470-SJD-KLL |
| Plaintiff, | ) |
| vs. | ) [NOT USED] ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE DISPOSITIVE MOTIONS |
| USAA SAVINGS BANK, | ) |
| Defendant. | ) |

After consideration, the Court **GRANTS** the parties' Joint Motion for Extension to File Dispositive Motions. The parties shall file their respective dispositive motions on or before August 29, 2019.

**IT IS SO ORDERED.**

ENTERED this __13__ day of August, 2019.

_Karen L. Litkovitz_
**UNITED STATES DISTRICT COURT JUDGE**

12579593 v1